■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE NUNESS, Appellant.—Judgment unanimously affirmed. Memorandum: Upon our review of the record we conclude that the identification evidence presented was legally sufficient and was supported by the weight of the evidence (*see*, *People v Bleakley*, 69 NY2d 490, 495). Additionally, we find that defendant was provided meaningful representation (*see*, *People v Baldi*, 54 NY2d 137, 147). Trial counsel's failure to preserve a *Rosario* issue (*see*, *People v Rosario*, 9 NY2d 286, *rearg denied* 9 NY2d 908, *cert denied* 368 US 866) did not, standing alone, render counsel's assistance ineffective (*see*, *People v Montana*, 71 NY2d 705, 709). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—robbery, second degree.) Present—Denman, J. P., Pine, Lawton, Davis and Lowery, JJ.